IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD ROSS CLARK, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:06-CV-1699-D |
| VS. | § | |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the findings and recommendation of the magistrate judge, and petitioner's opposition filed March 14, 2007, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, this habeas petition is dismissed in part with prejudice and denied in part with prejudice by judgment filed today.

Petitioner's March 14, 2007 second motion to appoint counsel is denied.

**SO ORDERED**.

March 29, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE